# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DARRYL McCALL**<br>**Defendant.** | **Case No.: 4:22-CR-26-CDL-CHW-03** |

## ORDER

A pretrial conference is currently scheduled for September 23, 2024, at 8:30 a.m. so that this case can be set down for trial during the Court's upcoming jury trial term set for December 2024. Defendant moves for a continuance of the pretrial conference and the trial. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government. The Government consents to the continuance.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **March 2025**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 11th day of September, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE